**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>Steven Lessard</u>

    v.                              Civil No. 21-cv-1074-JL

<u>Lowell MA Police Department, et al.</u>

### Report and Recommendation

Steven Lessard, who is incarcerated and is proceeding pro se, brought claims in New Hampshire state court against the Lowell Police Department, several of its officers, and two Task Force Officers with the United States Drug Enforcement Agency ("DEA"), that arose from the circumstances of Lessard's arrest.[1] The DEA defendants removed the action to this court and moved to substitute the United States as the proper party. Lessard did not file a response to the motion.[2] The motion is referred to the undersigned for a report and recommendation.

### Background

Police officers executed a search warrant at Lessard's apartment in March of 2018 and found fentanyl, cash, and firearms. <u>United States v. Lessard</u>, --- F. 4th ---, 2022 WL 1617205, at *1 (1st Cir. May 23, 2022). In September of 2019,

---

[1] Lessard identifies the DEA officers as New Hampshire DEA officers.

[2] Lessard sought and was granted additional time to respond.

Lessard pleaded guilty to conspiracy to possess and distribute fentanyl.  Id. at *2.  He was sentenced to 150 months of incarceration.  Id.  His sentence was affirmed on appeal.  Id. at *5.

Lessard alleges in this complaint in this case that the police officers and DEA officers entered his home during the night while he was sleeping.  Doc. 1-1, at 7.  He further alleges that Lowell police officers assaulted him in the process of handcuffing him, dragged him, and beat him.  He alleges that he was choked and thrown into the police van.

## Discussion

The DEA officers, Juan Infante and Michael Molloy, move to substitute the United States as the defendant for them.  They also moved to dismiss the claims against the United States.[3]  The court granted Lessard extensions of time to respond to the motions, but he did not do so.

When an employee of the United States government is sued in federal court, "[u]pon certification by the Attorney General that the defendant employee was acting within the scope of his office or employment at the time of the incident out of which

---

[3] That motion will be addressed when the issue of substitution is resolved.

the claim arose, any civil action or proceeding commenced upon such claim in a United States district court shall be deemed an action against the United States." 28 U.S.C. § 2679(d)(1). In that event, "the United States shall be substituted as the party defendant." 28 U.S.C. § 2679(d)(1)-(2). The United States Attorney for the district where the action is proceeding "is authorized to make the statutory certification that the covered person was acting at the time of the incident out of which the suit arose." 28 C.F.R. § 15.4(b).

The United States Attorney in this district has certified that Juan Infante and Michael Molloy were acting within the scope of their employment with the United States in the incident alleged by Lessard in his complaint. Doc. no. 1-2. Therefore, the United States should be substituted for DEA defendants Juan Infante and Michael Molloy.

## Conclusion

For the foregoing reasons, the district court should grant the defendants' motion (document no. 3) to substitute the United States as the defendant in place of defendants Juan Infante and Michael Molloy.

Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. See Fed.

3

R. Civ. P. 72(b)(2). The fourteen-day period may be extended upon motion. Only those issues raised in the objection to this Report and Recommendation are subject to review in the district court. See Sch. Union No. 37 v. United Natl Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010). Any issues not preserved by such objection(s) are precluded on appeal. See id. Failure to file any objections within the specified time waives the right to appeal the district court's order. See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

_____
Andrea K. Johnstone
United States Magistrate Judge

June 1, 2022

cc: Steven Lessard, pro se.
    Counsel of record.