UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Steven Lessard</u>

    v.                                                  Case No. 21-cv-1074-JL

<u>Lowell, MA Police Department, et al.</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 9, 2022.

_____
Joseph N. LaPlante
United States District Judge

Date: August 23, 2022

cc:   Steven Lessard, pro se
       Terry L. Ollila, AUSA